UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
EDWARD ROMERO,

        Plaintiff,

           – against –

UNITED STATES POSTAL SERVICE c/o
NATIONAL PASSPORT CENTER,

        Defendant.

------------------------------X

ORDER
04-CV-5053 (JFB) (LB)

JOSEPH F. BIANCO, District Judge:

On May 30, 2006, Magistrate Judge Lois Bloom issued a Report and Recommendation recommending that this Court dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with the Court's Orders. No objections having been filed, and after a careful review of Magistrate Judge Bloom's well reasoned and thorough Report and Recommendation, the Court HEREBY ADOPTS Magistrate Judge Bloom's Report and Recommendation in its entirety. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order will not be taken in good faith, and therefore *in forma pauperis* status is DENIED for purposes of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of the Court shall close this case.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    September 27, 2006
            Central Islip, NY